| | |
|---|---|
| CARRIE A. FREDERICKSON, ESQ., SB No. 245199 | (SPACE BELOW FOR FILING STAMP ONLY) |

**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant COUNTY OF AMADOR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. HALTER and TOMMYE C. HALTER, | Case No.: 2:07-CV-02675-MCE-KJM |
| Plaintiffs, | **STIPULATION RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| vs. | |
| CITY OF SUTTER CREEK, et al., | |
| Defendants. | |

Pursuant to Eastern District Local Rule 6-144, Plaintiffs hereby grant the County of Amador a final one week extension in which to file a responsive pleading to Plaintiffs' Complaint in the above-entitled matter.  Pursuant to this agreement, the County will file and serve its responsive pleading on or before May 22, 2008.

///
///
///
///
///

-1-
**STIPULATION RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

PDF created with pdfFactory trial version www.pdffactory.com

1 | The parties understand that pursuant to local rule 6-144 the parties may stipulate to extend the time for the County to respond to the Plaintiffs' Complaint for no more than thirty (30) days. The parties previously agreed to a three-week extension. The parties are close to resolving this matter via a stipulation for dismissal without prejudice. The parties wish to resolve this matter before resorting to judicial intervention. No further stipulations to extend the time in which the County can file and serve its responsive pleading will be made.

Dated: May 27, 2008                          ANGELO, KILDAY & KILDUFF

                                              */s/ Carrie A. Frederickson*
                                              By:_____
                                                 CARRIE A. FREDERICKSON
                                                 Attorneys for Defendant
                                                 COUNTY OF AMADOR


Dated: May 27, 2008                          ALEXANDER and ASSOCIATES, PC

                                              */s/ Jennifer L. Fiore*
                                              By:_____
                                                 JENNIFER L. FIORE
                                                 Attorneys for Plaintiffs JAMES F.
                                                 HALTER and TOMMYE C. HALTER

I:\CAF\HALTER\PLEADINGS\STIPULATION TO FILE RESPONSIVE PLEADING-2.doc

Any further agreements to extend dates set by the court will require Court approval.

    IT IS SO ORDERED.

DATED: May 27, 2008

                                              _____
                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

PDF created with pdfFactory trial version www.pdffactory.com