MARY E. ALEXANDER, ESQ. (SBN: 104173)
JENNIFER L. FIORE, ESQ. (SBN: 203618)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Phone:  (415) 433-4440
Fax:  (415) 433-5440

Attorneys for Plaintiffs
JAMES F. HALTER and
TOMMYE C. HALTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES F. HALTER AND TOMMYE C. HALTER,

   Plaintiff,

  vs.

CITY OF SUTTER CREEK, a municipal corporation/governmental entity; CITY OF SUTTER CREEK POLICE DEPARTMENT, a governmental entity; JEFF PHILLIPS, individually and in his capacity as police officer for the CITY OF SUTTER CREEK, CITY OF SUTTER CREEK POLICE DEPARTMENT and/or COUNTY OF AMADOR; COUNTY OF AMADOR, a governmental entity; and DOES 1-25; inclusive,

   Defendants.

CASE NO. 2:07-CV-02675-MCE-KJM

**STIPULATION FOR DISMISSAL OF DEFENDANT COUNTY OF AMADOR, WITHOUT PREJUDICE**

  IT IS HEREBY STIPULATED by and between Plaintiffs JAMES F. HALTER and TOMMYE C. HALTER and Defendant COUNTY OF AMADOR, through their designated counsel, that Defendant COUNTY OF AMADOR be and hereby is dismissed *without* prejudice pursuant to

1

STIPULATION FOR DISMISSAL OF DEFENDANT COUNTY OF AMADOR, WITHOUT PREJUDICE

1   FRCP 41(a)(1).  Plaintiffs have agreed to dismiss the COUNTY OF AMADOR based upon the recitals

2   and representations that are set forth in the attached Declaration of AMADOR COUNTY SHERIFF'S

3   DEPARTMENT UNDERSHERIFF JAMES WEGNER.

4          IT IS FURTHER STIPULATED by and between the parties hereto that the COUNTY OF

5   AMADOR does not waive any defenses by entering into this Stipulation for Dismissal prior to

6   answering or responding to the Complaint.

7          IT IS FURTHER STIPULATED by and between the parties hereto that each party shall

8   bear their own fees and costs.

9          IT IS SO STIPULATED.

10

11  Dated: May ___, 2008                            MARY ALEXANDER & ASSOCIATES, P.C.

12

13                                                  By: ___/s/_____
                                                        JENNIFER L. FIORE
14                                                      Attorneys for Plaintiffs JAMES F.
                                                        HALTER and TOMMYE C. HALTER
15

16  Dated: May ___, 2008                            ANGELO, KILDAY & KILDUFF

17

18                                                  By: ____/s/_____
                                                        CARRIE A. FREDERICKSON
19                                                      Attorneys for Defendant
                                                        COUNTY OF AMADOR
20

21                                          ORDER

22      Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

23  DATED: June 2, 2008

24

25

26                                          MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE
27

---

2

STIPULATION FOR DISMISSAL OF DEFENDANT COUNTY OF AMADOR, WITHOUT PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com