1  Bradley A. Post, Esq.   #127028
   BORTON PETRINI, LLP
2  1104 12th Street
   Modesto, California  95354
3  Telephone:  (209) 576-1701

4  Attorneys for Defendants,
   CITY OF SUTTER CREEK,
5  CITY OF SUTTER CREEK POLICE
   DEPARTMENT and JEFF PHILLIPS

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES F. HALTER AND TOMMY C.          Case No.   2:07-CV-02675-MCE-KJM
    HALTER,                               **[UNLIMITED JURISDICTION]**
12                                        [Complaint Filed:  12/12/07]
                    Plaintiffs,
13                                        **ORDER DISMISSING ENTIRE**
    v.                                    **ACTION**
14
    CITY OF SUTTER CREEK, a municipal     DATE: 02/22/10
15  corporation/governmental entity; CITY OF   TIME: 9:00 a.m.
    SUTTER CREEK POLICE DEPARTMENT,       DEPT: TBA
16  a governmental entity; JEFF PHILLIPS,
    individually and in his capacity as police
17  officer for the CITY OF SUTTER CREEK,
    CITY OF SUTTER CREEK POLICE
18  DEPARTMENT and/or COUNTY OF
    AMADOR; COUNTY OF AMADOR, a
19  governmental entity; and DOES 1 -25;
    inclusive,
20
                    Defendants.
21

22

23

24        Pursuant to the stipulation of dismissal as to Defendants City of Sutter Creek, City

25  of Sutter Creek Police Department and Jeff Phillips filed pursuant to FRCP 41 (a) (1) on July 6,

26  2009, and given Defendant County of Amador's prior dismissal from this action by Order filed June

27  3, 2008,

28  //

C:\iFolder\mengland\Home\T
O DOCKET
CIVIL\07cv02675.o.0714.wp
d

1

REQUEST FOR DISMISSAL

1          IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, with

2   each side to bear their own costs.   The Clerk of Court is hereby directed to close this file.

3   IT IS SO ORDERED.

4    Dated:  July 14, 2009

5

6                                                          MORRISON C. ENGLAND, JR.

7                                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28